# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**vs.**                                  **No. 19-CR-3113-JB**

**ROSE ANN ROMERO,**
        **Defendant.**

## NOTICE OF REMOTE APPEARANCE AT HEARING

COMES NOW Defendant Rose Ann Romero, by and through her Court appointed counsel of record, Ahmad Assed, Esq., Richard J. Moran, Esq., and Britany J. Schaffer, Esq. and hereby provides notice to the Court of her intent along with counsel Britany J. Schaffer to attend the Omnibus Motion hearing set on March 30, 2021 at 1:30 p.m. by Zoom.  A separate signed waiver of personal appearance for Ms. Romero, who is currently residing in Las Vegas, NM, shall be submitted.

                                                                    Respectfully submitted,
                                                                    */s/ Britany J. Schaffer*
                                                                    Britany J. Schaffer
                                                                    Ahmad Assed & Associates
                                                                    818 5th St. NW
                                                                    Albuquerque, NM 87102
                                                                    505/246-8373
                                                                    Fax 505/246-2930
                                                                    Attorney for Defendant
                                                                    Rose Ann Romero

I hereby certify that a copy
of the foregoing was delivered
via CM/EMF to all parties to
this cause on March 29, 2021.

*/s/ Britany J. Schaffer*
Ahmad Assed